**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 15-42637-659 |
| **MICHAEL ANTHONY WILLIAMS SR** ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 6 filed by |
| ) | UNITED CONSUMER FINANCIAL |
| ) | SVCS |
| ) | Acct: 5585 |
| **Debtor** ) | Amount: $2,024.52 |
| ) | Response Due: August 05, 2015 |

### TRUSTEE'S OBJECTION TO CLAIM 6

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of UNITED CONSUMER FINANCIAL SVCS dated June 05, 2015, Should be allowed, but the Court should enter an order directing that the claim will not be paid by the Trustee. The plan provides for surrender of the collateral. After sale of the collateral, the creditor may file an amended claim for the deficiency balance.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: July 15, 2015 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

**15-42637 Trustee's Objection to Claim 6**                                                        07/15/2015  Page 2

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of July 15, 2015.

                                                /s/ John V. LaBarge, Jr.

MICHAEL ANTHONY WILLIAMS SR
12910 VERWOOD DRIVE
FLORISSANT, MO  63033

WATTON LAW GROUP
700 N WATER ST
STE 500
MILWAUKEE, WI  53202

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

BASS & ASSOC PC
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712